IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KRISTINA CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-cv-0884-MJR-PMF |
| | ) | |
| UNION PACIFIC RAILROAD CO., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER TRANSFERING CASE

REAGAN, District Judge:

    28 U.S.C. 1404(a) provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

    As is explained below, the parties to the above-captioned civil action have all consented to the transfer of this case to another district, which also is a district in which the case could have initially been filed. Therefore transfer of this case is appropriate.

    Plaintiff Carter asserts personal injury claims allegedly incurred when she rode in a vehicle over a stretch of railroad crossing owned, operated and maintained by Defendant Union Pacific. The incident occurred in September 2010 in Mason County, Illinois, which lies within the Central District of Illinois. Although Plaintiff filed her suit in Madison County, Illinois, from which it was removed to this District Court, the action could have been brought in the United States District Court for the Central District of Illinois.

The Central District is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. 1391(b)(2). So the case "might have been brought" in that District. Moreover, "all parties have consented" to the transfer of this case to the Central District of Illinois. 28 U.S.C. 1404(a). Transfer of this case is appropriate in the interest of justice and for the convenience of the parties and witnesses.

For all these reasons, the Court **GRANTS** the parties' joint motion to transfer pursuant to 28 U.S.C. 1404(a) (Doc. 10) and **TRANSFERS** this case to the United States District Court for the Central District of Illinois.

IT IS SO ORDERED.

DATED September 7, 2012.

                                                s/ Michael J. Reagan
                                                Michael J. Reagan
                                                United States District Judge